SUPERIOR FINANCE CORPORATION, APPELLANT, v. JOHN A. McCRANE MOTORS COMPANY, INCORPORATED, ET AL., RESPONDENTS.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Feder & Rinzler*.

For the respondents, *Cohn & Kohlreiter*.

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.